**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ERIC DARLING,   CASE NO.: 8:17-cv-00716-EAK-AEP
     Plaintiff,
vs.

WHYNOT LEASING, LLC
d/b/a WHYNOTLEASEIT,
     Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, ERIC DARLING, by and through his undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P., hereby gives notice to the Court that Plaintiff voluntarily dismisses his Complaint against the Defendant, WHYNOT LEASING, LLC d/b/a WHYNOTLEASEIT, **with prejudice.** The parties agree to bear their own fees and costs.

Date: **June 2, 2017**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of June, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing and the following parties:

WhyNot Leasing, LLC/ Tempoe, LLC
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

        **BOSS LAW**

        /s/ *Christopher W. Boss*
        **Christopher W. Boss, Esq.**
        Fla. Bar No.: 013183
        Service Email: cpservice@protectyourfuture.com
        9887 Fourth Street North, Suite 202
        St. Petersburg, Florida 33702
        Phone: (727) 471-0039
        Fax: (888) 503-2182
        *Counsel for Plaintiff*